# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AISHIA PETERSEN,**

    **Plaintiff,**

**v.**                                                      **Case No: 6:24-cv-1410-PGB-RMN**

**FIRST WATCH RESTAURANTS, INC.,**

    **Defendant.**

_____/

## ORDER

The Court has been advised that the above-styled action has been settled. (Doc. 21). Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk of Court is **DIRECTED** to administratively close the file.

    **DONE AND ORDERED** in Orlando, Florida on September 30, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2