# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AISHIA PETERSEN,**

      **Plaintiff,**

v.                                              Case No: 6:24-cv-1410-PGB-RMN

**FIRST WATCH RESTAURANTS, INC.,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed November 18, 2024. (Doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant First Watch Restaurants, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 19, 2024.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties